

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-14-00514-CV

**IN THE INTEREST OF R.E.S. AND R.K.S.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-04448
Honorable Gloria Saldana, Judge Presiding

# O R D E R

  Court reporter Maria E. Fattahi has filed a notification of late reporter's record, requesting additional time to prepare the reporter's record. We grant her request and ORDER her to file the reporter's record on or before October 21, 2014.

_____
Karen Angelini, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court